IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Andre Mechelle English, | ) | C.A. No. 5:07-cv-00942-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | **ALLEGATIONS AND TO** |
| | ) | **DISMISS WITH PREJUDICE** |
| South Carolina State University, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, through her counsel, hereby moves to withdraw the allegations of her complaint and amended complaint and to dismiss this action with prejudice. Defendant does not oppose this motion. The parties respectfully request that the Court enter the attached Consent Order of Dismissal.

BENJAMIN M. MABRY (FID #3250)
CROMER & MABRY
1225 Pickens Street
September 17, 2007   Columbia, South Carolina 29201
Phone: (803) 799-9530

ATTORNEY FOR PLAINTIFF