IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| Andre Mechelle English, | ) | C/A. No. 5:07-cv-00942-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| South Carolina State University, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It appearing that the Plaintiff desires to withdraw the allegations of the original and amended complaints in this action and to dismiss this action with prejudice, now, therefore, on motion of Plaintiff, and with the consent of Defendant, it is hereby ORDERED that the allegations of the original and amended complaints be stricken and that this action be dismissed with prejudice, the parties to bear their respective costs and fees.

AND IT IS SO ORDERED.

s/Margaret B. Seymour
Margaret B. Seymour
United States District Judge

October 4, 2007

Columbia, South Carolina

[SIGNATURE BLOCK ON FOLLOWING PAGE]

<u>WE SO MOVE AND CONSENT:</u>

| | |
|---|---|
| s/Benjamin M. Mabry | s/Vance J. Bettis |
| Benjamin M. Mabry (FID 3250) | Vance J. Bettis (FID 1323) |
| CROMER & MABRY | GIGNILLIAT, SAVITZ & BETTIS, L.L.P. |
| Post Office Box 11675 | 900 Elmwood Ave., Suite 100 |
| Columbia, SC 29211-1675 | Columbia, SC  29201 |
| Phone:  (803) 799-9530 / Fax:  (803) 239-0210 | Phone:  (803) 799-9311 / Fax:  (803) 254-6951 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

2